```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                       :
LUZ ENID SEPULVEDA,                                    :
                                                       :
                              Plaintiff,               :    19-CV-10747 (JMF) (KHP)
                                                       :
              -v-                                      :    ORDER
                                                       :
ANDREW SAUL, Commissioner of Social Security,          :
                                                       :
                              Defendant.               :
                                                       :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

On November 22, 2019, the Court ordered that the parties notify the Court whether they consent to conduct all further proceedings before the assigned Magistrate Judge within two weeks of the date on which Defendant entered an appearance. ECF No. 9. Defendant entered an appearance on January 15, 2020, ECF No. 15, but the parties never complied with the Court's order.

Accordingly, the parties shall notify the Court whether they consent by **February 10, 2020**. As stated in the Court's prior order, if both parties consent to proceed before the Magistrate Judge, counsel for Defendant must either mail or email to <Furman_NYSDChambers@nysd.uscourts.gov> a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/forms). If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter advising the Court that the parties do not

consent, **but without disclosing the identity of the party or parties who do not consent**.

There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: February 3, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge