**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUZ ENID SEPULVEDA,

                Plaintiff,                      19 **CIVIL** 10747 (KHP)

      -v-                                **<u>JUDGMENT</u>**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2020, that the final decision of the Commissioner be reversed and that the above-cation action be remanded to the Commissioner of Social security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); the parties further agree that the Social Security Administration shall permit the plaintiff to use a Spanish interpreter as further administrative proceedings involving her application for disability benefits; the parties also consent to entry of a judgment pursuant to Rule 58 of the Federal Rules Civil Procedure.

**Dated:**  New York, New York
          April 27, 2020

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                              **Clerk of Court**
                                      **BY:**
                                                                 **Deputy Clerk**